886

peals for the Eighth Circuit denied. *Messrs. Charles P. Stewart, Clint C. Hine, Harry N. Quigley,* and *Samuel W. Baxter* for petitioner. *Mr. Harold G. Simpson* for respondent.

No. 501. TOMPLAIN ET AL. *v.* UNITED STATES. November 24, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Hugh M. Wilkinson* for petitioners. *Solicitor General Thacher, Assistant Attorney General Youngquist* and *Messrs. Claude R. Branch, A. W. Henderson,* and *Paul .D. Miller* for the United States.

No. 502. TOMPLAIN ET AL. *v.* UNITED STATES. November 24, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Hugh M. Wilkinson* for petitioners. *Solicitor General Thacher, Assistant Attorney General Youngquist* and *Messrs. Claude R. Branch, A. W. Henderson,* and *W. Marvin Smith* for the United States.

No. 503. BEARD *v.* UNITED STATES. November 24, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Messrs. Elwood H. Seal* and *Frank L. Muhleman* for petitioner. *Solicitor General Thacher, Assistant Attorney General Richardson* and *Messrs. Claude R. Branch, E. T. Burke,* and *W. Marvin Smith* for the United States.

No. 507. CONSOLIDATED MACHINE TOOL CORP. *v.* COLLINS Co. November 24, 1930. Petition for writ of certiorari to the Circuit Court of Appeals. for the Eighth Circuit denied. *Mr. Harold E. Stonebraker* for peti-

tioner. *Mr. Ephriam Banning* for respondent.

No. 511. AETNA LIFE INS. Co. *v.* EATON, COLLECTOR OF INTERNAL REVENUE. November 24, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. William Marshall Bullitt* and *Harry W. Reynolds* for petitioner. *Solicitor General Thacher, Assistant Attorney General Youngquist* and *Messrs. Claude R. Branch, J. Louis Monarch, S. Dee Hanson, Clarence M. Charest,* and *Edward H. Horton* for respondent.

No. 516. NATIONAL UNION FIRE INS. Co. *v.* KAPLAN AND KAPLAN, CO-PARTNERS. November 24, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Messrs. Frederick D. Silber* and *Charles E. Kremer* for petitioner. *Mr. Samuel E. Hirsch* for respondents.

No. 541. HATEM *v.* UNITED STATES. December 1, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit, and motion for leave to proceed *in forma pauperis,* denied. *Mr. Charles L. Abernethy* for petitioner. No appearance for the United States.

No. 556. HARRISON *v.* L. E. MYERS CONSTRUCTION Co. ET AL. December 1, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit, and motion for leave to proceed *in forma pauperis,* denied. *Mr. Hugh Carney* for petitioner. No appearance for respondents.